UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| IN RE RODRICK CLIMMONS, | Case No. 3:24-cv-00423-MMD-CLB |
|---|---|
| Plaintiff. | ORDER |

Plaintiff Rodrick Climmons previously filed an incomplete application to proceed *in forma pauperis* and did not submit a complaint. (ECF No. 1.) The Court gave Climmons leave to file a complaint and to file a fully complete application to proceed *in forma pauperis*.

Climmons now files a motion for voluntary dismissal. (ECF No. 5.) Under the Federal Rule of Civil Procedure 41(a)(1), a plaintiff may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." FED. R. CIV. P. 41(a)(1)(A)(i). The Court grants Climmons's motion to voluntarily dismiss this action. As such, the Court dismisses this action without prejudice.

It is therefore ordered that the motion for voluntary dismissal (ECF No. 5) is granted.

It is further ordered that this action is dismissed in its entirety without prejudice.

It is further ordered that the Clerk of the Court will close the case.

DATED THIS 7th Day of October 2024.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE